488 So.2d 800 (1986)
James HAWKINS
v.
STATE of Mississippi.
No. 56256.
Supreme Court of Mississippi.
May 21, 1986.
Richard B. Lewis, Maynard, Bradley, Dees & Lewis, Clarksdale, for appellant.
Edwin Lloyd Pittman, Atty. Gen. by Charles W. Maris, Jr., Sp. Asst. Atty. Gen., Jackson, for appellee.
Before WALKER, P.J., and PRATHER and SULLIVAN, JJ.
SULLIVAN, Justice, for the Court.
James Hawkins was convicted in the Circuit Court of Coahoma County of murder *801 and sentenced to serve life imprisonment in the Mississippi Department of Corrections.
Finding no merit under any error assigned on appeal, we affirm the conviction and sentence. See Morea v. State, 329 So.2d 527 (Miss. 1976); Jordan v. State, 474 So.2d 622 (Miss. 1985); Willis v. State, 475 So.2d 163 (Miss. 1985); Gibson v. State, 475 So.2d 824 (Miss. 1985); Parrott v. State, 475 So.2d 167 (Miss. 1985); Smith v. State, 484 So.2d 364 (Miss. 1986), and Burkett v. State, 484 So.2d 1046 (Miss. 1986).
AFFIRMED.
PATTERSON, C.J., WALKER and ROY NOBLE LEE, P. JJ., and HAWKINS, DAN M. LEE, PRATHER, ROBERTSON and ANDERSON, JJ., concur.